JAMES A. BROWN JR., ET UX. *v.* ETHEL V.
WEILAND, ET AL.

[No. 80, October Term, 1941.]

Decided January 13, 1942.

*Linwood L. Clark* for the appellants.

*Louis M. Strauss* and *William W. Townshend, Jr.,* for the·appellees.

DELAPLAINE, J., delivered the opinion of the Court.